Lawrence Gene LANZY, Petitioner–Appellant,

v.

Rickie HARRISON, Warden of Kershaw Correctional Institution; Gary D. Maynard, Director of South Carolina Department of Corrections; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.

No. 02–7549.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 9, 2002.

Lawrence Gene Lanzy, Appellant Pro Se. Samuel Creighton Waters, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lawrence Gene Lanzy seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Lanzy has not made a substantial showing of the denial of a constitutional right. *See Lanzy v. Harrison,* No. CA–01–3652–24BH–4 (D.S.C. Sept. 25,

2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We also deny Lanzy's "Motion to Accept Exhibit Evidence." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*